UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS



FILED

OCT 16 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| NORMA FICK, | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL OF ACTION** |
| | ) | |
| | ) | U.S. DISTRICT CASE NO. 23-cv-2224 |
| V. | ) | |
| ANTHONY J. GRASON, RONALD GRASON; | ) | State of Illinois, Macon County |
| And ALL UNKNOWN OCCUPANTS, | ) | Case No. 2023-EV-533 |
| DEFENDANT(S) | ) | |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

**PLEASE TAKE NOTICE** that Defendant(s) Anthony J. Grason, Ronald Grason, and all unknown occupants hereby remove to this Court the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441, 1443 and 1446; 42 USC §1983 is indicated, and states the following:

## STATEMENT OF THE CASE

On or about September 5th, 2023, Plaintiff Norma Fick, filed her complaint entitled Eviction Complaint against Defendant(s) Anthony J. Grason, Ronald Grason, and all unknown occupants. This Complaint was filed in the Circuit Court of the Sixth Judicial Circuit Macon

County, Illinois. Known occupants to subject property are not identified and have been deliberately not identified by Plaintiff.

At no time were any of the above-named Defendants, or any Defendant(s), personally served a copy of the complaint nor summons. At no time were any Defendants personally served any notice of hearing on the eviction complaint. Plaintiff Norma Fick, is attempting to evict the above party(ies), including the unidentified known occupants, by constructive service (posting).

Defendant(s) Anthony J. Grason, Ronald Grason, and all unknown occupants, to include unidentified known occupants, have not yet made appearance, nor given any written answer, affirmative defense, and counter-claim. Service of complaint and summons clearly has never been perfected; Plaintiff is demonstrating a willful disregard to due process requirements in her attempt to evict the above.

1. Plaintiff Norma Fick filed her eviction action in the Sixth Judicial District of Macon County, Illinois, on or about September 5th, 2023. Case no. 2023-EV-533.

2. Plaintiff has not personally served any Defendant(s) a Complaint nor Summons. Additionally, Plaintiff has not identified known occupants to property, nor served them a copy of the eviction complaint and summons onto them.

3. Plaintiff has proceeded to evict Defendant(s), and unidentified known occupant(s), by constructive service. Plaintiff has not personally serviced any required Notice upon Defendant(s) or other.

4. A hearing on the eviction complaint is set for October 20th, 2023, at 9:30am, in Macon County, Illinois. Macon County case no. 2023EV533. Such hearing will subject those of possessory interest to immediate lock-out and or eviction.

5. One or more of the above Defendant(s), to include unidentified known occupants, reside at 357 West Decatur St., Decatur, Illinois 62522. These individuals do have possessory interest to property.

6. It is public knowledge that the subject property was recently sold to Plaintiff Norma Fick at auction on June 21st, 2023, for the approximate sum in excess of $157,000.00 through Service Link Auction, an on-line auction service. Finalization of sale and recording of deed occurred on or about August 29th, 2023.

7. Despite the above, Plaintiff Norma Flick, has refused to comply to Illinois statute on service of complaint and summons to above Defendant(s) and known occupants. Thus, the above Defendant(s), and unidentified known occupants, their due process has been violated.

8. Plaintiff's refusal to comply with service of process of an eviction complaint has disrupted occupants' possessory interest, subjugating occupants to immediate lock-out of property, and seizure. Plaintiff's action has deliberately caused unnecessary mental distress, a disruption in being safe and secure, and a clear violation of due process under the 4th, and 14th Amendment(s), and other deemed proper. 42 USC 1983.

9. Removal of this state action to this Court is timely, and is pursuant to 28 U.S.C. 1331, 1441, 1443, and 1446 since the eviction action continues to deny defendant of due process. 42 USC §1983.

10. In addition to the aforementioned matters, and confirmed by the City of Decatur, Plaintiff Fick has directed the City of Decatur to discontinue water service to property to aid Plaintiff in her eviction attempts. Defendant(s) and known occupants clearly have constitutionally protected rights to be free from unlawful, arbitrarily, and capricious conduct.

11. The Notice of Removal has been filed within 30 days of the posting of Notice, posted occurring on or about October 5th, 2023. Removal is therefore timely in accordance with 28 USC 1446. Said Notice is hereby appended; water shut-off notice is hereby appended.

12. Wherefore, Defendant(s) Anthony J. Grason, Ronald Grason, and all unknown occupants, requests this honorable Court to permit removal from the state court, accept the answer given to complaint with affirmative defenses and or claims, and allow for damages. Removal is warranted and is based on federal/ constitutional question, to include 42 USC §1983.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

13. Pursuant to 28 U.S.C. 1446, and with local rules, a true and correct copy of the posted Notice from the State Court Action are being filed with Notice of Removal. Defendant(s) will file true and legible copies of all other documents on file in the State Court Action, as well as a certification pursuant to any applicable rules, within 30 days of the filing of this Notice to Removal.

14. Venue is proper in this Court pursuant to 28 U.S.C. 1441 and 1446 because the U.S. District Court for this District of Central Illinois is the federal district embracing the Circuit Court for Macon County, Illinois, where the State Court Action was originally filed.

## CONCLUSION

By this Notice of Removal, Defendant(s) to include known occupants, do/does not waive any objections it may have on service, jurisdiction or venue, or any other defenses or objections they may have to this action. Defendant(s) intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions, and or pleas.

*Ronald Grason*

Defendant, Ronald Grason Pro Se

*Anthony Grason*

Defendant, Anthony Grason Pro Se

Ronald Grason

Anthony Grason

357 West Decatur St.

Decatur, Illinois, 62522

(217) 848-5698

## AFFIDAVIT OF DEFENDANT(S)

Ronald Grason venally states under oath the alleged matters in the Notice of Removal are true and accurate to the best of my knowledge and belief.

_____

Defendant Ronald Grason, Pro Se

Ronald Grason

357 W. Decatur St.

Decatur Illinois 62522

(217) 790-8509

Anthony Grason venally states under oath the alleged matters in the Notice of Removal are true and accurate to the best of my knowledge and belief.

_____

Defendant Anthony Grason, Pro Se

Anthony Grason

357 W. Decatur St.

Decatur Illinois 62522

(217) 848-5698

## CERTIFICATE OF SERVICE

This is to certify that the forgoing Notice of Removal, with exhibits/appended, was sent via United States Mail on October __16ᵗʰ__, 2023, postage prepaid thereon to:

Atty. Edward F. Flnn

Atty. Ross J. Munsterman

FEATHERSTUN, GAUMER, STOCKS, FLYNN & ECK, LLP          (Attorney for Plaintiff)

101 S. State St., suite 240

PO Box 1760

Decatur, Illinois 62525

_____

Ronald Grason, Pro Se Defendant

357 w. Decatur St., Decatur IL. 62522

Signed and sworn before me:

_____ (Notary Name),

On this day:_____, 2023.

SEAL:

A 19254

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| NORMA FICK, | ) | **FILED** |
| Plaintiff, | ) | |
| | ) | **OCT 05 2023** |
| v. | ) | No. 2023-EV-533   SHERRY A. DOTY |
| | ) | CIRCUIT CLERK |
| ANTHONY J. GRASON, RONALD | ) | |
| GRASON and UNKNOWN OCCUPANTS, | ) | |
| Defendants. | ) | |

## NOTICE

TO: **ANTHONY J. GRASON, RONALD GRASON and UNKNOWN OCCUPANTS,**
357 W. Decatur St., Decatur, IL 62522.

**YOU ARE HEREBY NOTIFIED** that a **COMPLAINT FOR EVICTION** has been filed against you seeking a judgment for possession of the premises located at **357 W. Decatur St., Decatur, IL 62522**. A hearing on the foregoing COMPLAINT will be held at the Macon County Courthouse, 253 E. Wood St., Decatur, Illinois on October 20, 2023 at 9:30 a.m., Courtroom 2A, the Honorable Shane Mendenhall, or any other judge sitting in his stead. *If you fail to appear at that hearing, a judgment by default for immediate possession of the foregoing premises will be taken against you.*

15.11



WITNESS: 10/2/2023

SHERRY A. DOTY, Clerk of the Court
AFB
BY: _____
(DEPUTY)

Edward F. Flynn
ARDC No.: 06192240
Ross J. Munsterman
ARDC No.: 06324391
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP
101 S. State St., Suite 240
P. O. Box 1760
Decatur, IL 62525
Telephone: 217-429-4453
Fax: 217-425-8892
E-mail:  eflynn@decatur.legal
         rmunsterman@decatur.legal
blb



# SHERIFF'S FEES

MSO/339

Service and Return ............................................................................... **FILED** $ $0.00 _____ Mileage

................................................................................ OCT 05 2023 $ $0.00

SHERRY A. DOTY
CIRCUIT CLERK

I certify that I served this summons on defendant as follows:

## (A) INDIVIDUAL DEFENDANTS-PERSONAL:

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

## (B) INDIVIDUAL DEFENDANTS-ABODE:

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

## (C) CORPORATION DEFENDANTS:

By leaving a copy, and a copy of the complaint, with the registered agent, officer or agent, of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

| ADDRESS TO SERVE | (D) OTHER: | COMMENTS: | | |
|---|---|---|---|---|
| 357 W DECATUR ST DECATUR, IL 62522 | | POSTED | | |
| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
| GRASON | ANTHONY | 23-EV-533 | NOTICE | 19234 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
| 10/3/2023 | 10:33 | HARRIS, JENNIFER | 3846 | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | |
| 141 S MAIN MACON CO BLDG | DECATUR | IL | RETURN PROCESSED BY MARK PATZWITZ #5895 MACON COUNTY SHERIFF'S OFFICE | |

Sheriff of Macon Co.
Jim Root

# SHERIFF'S FEES

MSO/339

Service and Return .................................................. FILED .................. $ $0.00 _____ Mileage

.................................................. OCT 05 2023 .................. $ $0.00 _____

SHERRY A. DOTY
CIRCUIT CLERK

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
|  |  |  |  |  |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
|  |  |  |  |  |

**(C) CORPORATION DEFENDANTS:**

By leaving a copy, and a copy of the complaint, with the registered agent, officer or agent, of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
|  |  |  |  |  |

ADDRESS TO SERVE    **(D) OTHER:**    COMMENTS:
357 W DECATUR ST DECATUR, IL                   POSTED

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| GRASON | RONALD | 23-EV-533 | NOTICE | 19234 |

| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID |
|---|---|---|---|
| 10/3/2023 | 10:35 | HARRIS, JENNIFER | 3846 |

| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED |
|---|---|---|---|
| 141 S MAIN MACON CO BLDG | DECATUR | IL | RETURN PROCESSED BY MARK PATZWITZ #5035 MACON COUNTY SHERIFF'S OFFICE |

Sheriff of Macon Co.
Jim Root



# CITY OF DECATUR ILLINOIS
#1 GARY K. ANDERSON PLAZA    DECATUR, ILLINOIS 62523-1196

September 18, 2023

OCCUPANT
357 W DECATUR ST
DECATUR, IL 62522

Dear Occupant:

We have received information indicating that there is a new owner of the property at 357 W DECATUR ST. Federal Identity Theft Protection Guidelines, and city ordinance, require us to have accurate ownership information in order to provide water service.

To keep water service at 357 W DECATUR ST, you will need to contact our Utility Customer Service Department at 217-424-2841 to complete an Application for Water Service. We are open 8:00 am.-4:30 p.m. Monday thru Friday.

This must be completed by October 13, 2023 or we will have to discontinue to water service to 357 W DECATUR ST.

Very truly yours,


Utility Customer Service