UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS



FILED

OCT 1 6 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| NORMA FICK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | U.S. DISTRICT CASE NO. 23-cv-2224 |
| V. | ) | |
| ANTHONY J. GRASON, RONALD GRASON; | ) | State of Illinois, Macon County |
| And ALL UNKNOWN OCCUPANTS, | ) | Case No.  2023-EV-533 |
| DEFENDANT(S) | ) | |

## COMPLAINT UNDER 42 USC 1983

### FEDERAL JURISDICTION

NOW COMES the Defendant Ronald Grason, and brings forth this complaint against Norma Fick, federal jurisdiction is pursuant to 28 U.S.C. §§ 1331, 1441, 1443 and 1446; 42 USC §1983 is indicated, and states the following:

### BACKGROUND

1. On or about September 5th, 2023, Plaintiff Norma Fick filed her complaint entitled Eviction Complaint against Defendant(s) Anthony J. Grason, Ronald Grason, and All Unknown Occupants. This filing took place in Macon County, Illinois.

2. On September 8th, 2023, Plaintiff Norma Fick was issued a Summons for Eviction by the Clerk of the Court -Macon County Sixth Judicial Circuit. See attached __A__.

3. Plaintiff held onto Summons for Eviction for approximately 10 days or more before delivering said summons to Macon County Sheriff's Department for service. No other private process server is of record.

4. On or about September 18th, 2023, Plaintiff Norma Fick and her attorneys delivered said Summons for Eviction to Macon County Sheriff's Department for service. See attached document ___A___ with Sheriff's received file stamp. It is unknown if a complaint was included.
Said summons had a return date (due date) of September 26th, 2023. and was returned as not served. See attached ___A___.

5. Macon County Sheriff's records indicate that the department had made limited attempted service of summons from September 18th-22nd, 2023. See attached ___B___.

6. On September 26th, 2023, The Summons was returned as not served by Macon Sheriff Department.

7. On October 5th, 2023, Plaintiff and by her attorneys, posted a Notice of hearing on the Complaint for Eviction. See attached. Notice was absent any complaint, only having the Notice of hearing time and the affidavit of Attorney Ross Munsterman. See attached.

8. Defendants, to include unidentified known occupants, at no time were served a Complaint nor Summons; known occupants have deliberately been not identified in any pleas, notices, motions, or other court documents.

9. Plaintiff Norma Fick, is attempting to evict the above party(ies), including the unidentified known occupants, by constructive service (posting).

10. Defendant(s) Anthony J. Grason, Ronald Grason, and all unknown occupants, to include unidentified known occupants, have not yet made appearance, nor given any written answer, affirmative defense, and counter-claim. Service of Complaint for Eviction and Summons for Eviction never been perfected.

11. Defendants Ronald Grason and Anthony J. Grason have filed their Notice of Removal, to include Notice of Filing Notice of Removal. This Court has federal jurisdiction and federal question is raised.

## STATEMENT OF CLAIM

Now Comes Defendant Roanld Grason, and incorporates the foregoing and states the following in support of his claim against Plaintiff Norma Fick:

Ronald Grason contends that Norma Fick has violated Defendant's procedural due process; further, Plaintiff Fick has not acted in good faith in her expedited forced eviction action against the Defendants. Plaintiff Fick now attempts eviction by constructive service in bad faith. Ronald Grason contends that Fick has additionally not acted faithfully in her constructive service

against all Defendants, to include her refusal to identify known occupants. This Court has federal jurisdiction is pursuant to 28 U.S.C. §§ 1331, 1441, 1443 and 1446; 42 USC §1983 is indicated, and states the following:

1. Defendant Ronald Grason resides at 357 West Decatur St., Decatur, Illinois 62522, continuously from October, 2005- to present. Defendant Roanld Grason was previous owner to subject property.

2. It is well established that Defendant's residence, also known as the "Powers Mansion", has been a permanent living quarters of the Defendants for nearly 18 years. Therefore, the Court should take judicial notice that Defednants are not squatters, and are lawful occupants.

    Grievously and incorrectly stated in newspapers, television (news), social media post, and else, Defednants and unidentified known occupants are not squatters.

3. Plaintiff Norma Fick has never personally served a copy of summons nor complaint onto the Defendants as required under Illinois law.

4. The Macon County Sheriff office did not receive the summons until September 18th, 2023, and failed to execute the same within any meaningful time. This constituted only one attempted service.

5. Macon County Sheriffs office identifies last attempted service occurring on September 22nd, 2023-just 4 days after receiving summon for execution; Summons of Eviction was returned on September 26th, 2023, as not served.

6. Subsequently, Plaintiff appeared before the Court on September 29th, 2023, which the Court allowed for alias summons only.

7. Plaintiff, after only one attempt of service of summons, thus directed her attorney to undergo constructive service, who thus filed his affidavit on October 2nd, 2023, stating that the whereabouts of Defendant(s) could not be ascertained.

8. Plaintiff proceeded for constructive service on October 2nd, 2023, with posting by constructive service occurring on October 5th, 2023. See attached.

9. Defendant Ronald Grason contends this constructive service is highly unusual and acted upon in bad faith and does not satisfy due process requirements. See affidavit Ronald Grason.

10. Affidavit of Ross Musterman, dated October 2nd, 2023, is hereby challenged with counter-affidavit.

11. Defendant Ronald Grason contends that said affidavit by Musterman for constructive service is done in bad faith for the following:

   a. The law firm representing Plaintiff Fick has knowledge of Defendant(s) whereabouts;

   b. Or alternatively, should have known the whereabouts of Defendant(s);

   c. Defendants are not concealed in the State of Illinois, and reside at subject property;

   d. Defendant whereabout are easily knowable;

   e. No thorough inquiry was had to ascertain whereabouts of Defendant(s);

   f. That no Notice, Complaint, nor Summons was served unto the Defendant(s) as required by law;

   g. Attempted execution of Summons for Eviction was not meaningfully done;

   h. That said firm representing Plaintiff is aware of all known occupants from other pending court pleadings and cases. U.S. District Court Case 23-2144, 2023CV2130; Macon County case no. 2023EV298; and other.

   i. That plaintiff is aware and has deliberately not identified occupants subject to the eviction and or lock-out by constructive service that is to occur on October 20th, 2023 in Macon County, Illinois. Case no. 2023EV533

12. Moreover, a single unserved attempt at service does not suggest that constructive service (by posting) meets the minimum requirements of due process[1]. See affidavit of Ronald Grason.

13. Plaintiff Fick has instructed the City of Decatur to shut-off water service to property to aid her eviction attempt. See attached/appended City of Decatur water shut-off effective October 13th, 2023.

Wherefore, The Defendant Ronald Grason prays and seeks a declaratory judgment in this matter and also a permanent injunction against the improper service attempt and water shut-off, and other relief deemed proper and necessary, including damages, and other.

*[signature: Ronald Grason]*

Ronald Grason, Pro Se Defendant

*[handwritten: Anthony J Grason gives consent to complaint. [signature] 10-16-23]*

Ronald Grason

357 W. Decatur St.

Decatur, Illinois 62522

(217) 790-8509

grasonronald@gmail.com

---

[1] Greene v Lindsey, 456 US 544 (554)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NORMA FICK, | ) | |
|     Plaintiff, | ) | **AFFIDAVIT OF RONALD GRASON** |
| | ) | |
| | ) | U.S. DISTRICT CASE NO._____ |
| V. | ) | |
| ANTHONY J. GRASON, RONALD GRASON; | ) | State of Illinois, Macon County |
| And ALL UNKNOWN OCCUPANTS, | ) | Case No.  2023-EV-533 |
|     DEFENDANT(S) | ) | |

## AFFIDAVIT OF RONALD GRASON

I, Ronald Grason, being first duly sworn, do hereby state the follow:

1. I am over the age of 21 years and under no legal disability. I am 87 years old.

2. I have personal knowledge of the facts stated herein; including and not limited to my whereabouts during the month of September to present.

3. I am not concealed in the State of Illinois, and reside at the property of 357 W. Decatur St., Decatur, Illinois, 62522. My usual place of adobe for last 18 years.

4. I have personal knowledge and know all known occupants to 357 W. Decatur St., Decatur Illinois 62522. That whereabouts of occupants are easily knowable, and are a matter of public knowledge. All known and unknown occupants are not concealed nor have they concealed themselves.

5. In review of the posted Notice of October 5th, 2023, known occupants are not identified in posting notice.

6. I was unaware of any pending eviction action till October 6th, 2023, when I became aware of the posting by constructive service.

7. That I am actively engaged in pending cases before this U.S. District Court, to which the law firm representing Plaintiff Norma Flick is involved.

    -U.S. District Court case no 2023CV2130

8. I have had routine telephone conversation with Attorney Stocks relating to above case. At no time was I made aware of any pending eviction action by Plaintiff Norma Fick.

9. I am unaware of any attempted service of Summons for Eviction attempted by Plaintiff Norma Fick, or through/by her attorneys, or by Macon County Sheriff's Department.

10. I have not been personally served any Summons for Eviction, nor Complaint for Eviction, or other court related documents to include Notice(s). I further contend that any attempted execution of Summons for Eviction was not meaningfully done.

11. I am unaware of any inquiry to my whereabouts, or inquiry of all known and unknown occupants, by Ross Musterman, or other.

12. In review of the signed affidavit by Ross Musterman, I contend that his affidavit is false and done in bad faith. That due process requirements have not been made nor properly attempted.

13. I am not avoiding service, nor have I avoided service of any summons, complaint, or other.

14. The law firm representing Plaintiff Fick has or should have knowledge of Defendant(s) whereabouts; Or alternatively, should have known the whereabouts of Defendant(s) and know/unknown occupants.

_____  10/16/2023

Ronald Grason, Pro Se Defendant.

Subscribed and sworn to before me this _____ day of October, 2023.

Notary Public_____   SEAL

## CERTIFICATE OF SERVICE

This is to certify that the forgoing COMPLAINT UNDER 42 USC 1983 with exhibits/appended, to include Affidavit of Ronald Grason, was sent via United States Mail on October __16th__, 2023, postage prepaid thereon to:

Atty. Edward F. FInn

Atty. Ross J. Munsterman

FEATHERSTUN, GAUMER, STOCKS, FLYNN & ECK, LLP        (Attorney for Plaintiff)

101 S. State St., suite 240

PO Box 1760

Decatur, Illinois 62525

_Ronald Grason_ (signature)

Ronald Grason, Pro Se Defendant

357 w. Decatur St., Decatur IL. 62522

Signed and sworn before me:

_____ (Notary Name),

On this day:_____, 2023.

SEAL:

R 18927 #1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

9/26/23

NORMA FICK,
    Plaintiff, )
)
v. )   Case No. 2023-EV-533
)
ANTHONY J. GRASON, RONALD )
GRASON and ALL UNKNOWN )
OCCUPANTS, )
    Defendants. )

**FILED**
**SEP 26 2023**
SHERRY A. DOTY
CIRCUIT CLERK

## SUMMONS FOR EVICTION

**To each Defendant: ANTHONY J. GRASON,** 357 W. Decatur St., Decatur, IL 62522

YOU ARE HEREBY SUMMONED and required to appear before this Court at Courtroom No. 2A, Judge Shane Mendenhall, Macon County Courthouse, 253 E. Wood Street, Decatur, Illinois, at **9:30 a.m.** on **September 29, 2023** to answer the complaint in this case, a copy of which is hereto attached. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

B.11

    E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.
    If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.
    If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application."

To the officer:
    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day of appearance. If service cannot be made, this summons shall be returned so endorsed.
    This summons may not be served later than 3 days before the day for appearance.

9/8/2023
WITNESS,

(Clerk of the Circuit Court)

AFB
by _____
    (Deputy)

Name:    Featherstun, Gaumer, Stocks, Flynn & Eck, LLP
Attorney for:    Plaintiff
Address:    P. O. Box 1760, Decatur, IL 62523
Telephone:    217-429-4453


SEP 18 2023
MACON COUNTY SHERIFF


A.

| SHERIFF'S FEES | | MSO/339 |
|---|---|---|
| Service and Return | $30.00 | Mileage |
| | $1.00 | |
| I certify that I served this summons on defendant as follows: | TOTAL $31.00 | |

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**(C) CORPORATION DEFENDANTS:**

By leaving a copy, and a copy of the complaint, with the registered agent, officer or agent, of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

| ADDRESS TO SERVE | (D) OTHER: | COMMENTS: | | |
|---|---|---|---|---|
| 357 W DECATUR ST DECATUR, IL | | NOT FOUND BEFORE DUE DT ON 5 ATTEMPTS MADE | | |
| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
| GRASON | RONALD | 23-EV-533 | SUMMONS | 18927 |
| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
| | | | | |
| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | Sheriff of Macon Co. Jim Root |

A

RETURN PROCESSED BY
SUSAN LOVE # 6959
MACON COUNTY SHERIFF'S OFFICE

# SHERIFF'S FEES

MSO/339

Service and Return ................................................................................................................. $ $35.00 _____ Mileage

$ $1.00

TOTAL $36.00

I certify that I served this summons on defendant as follows:

### (A) INDIVIDUAL DEFENDANTS-PERSONAL:

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

### (B) INDIVIDUAL DEFENDANTS-ABODE:

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

### (C) CORPORATION DEFENDANTS:

By leaving a copy, and a copy of the complaint, with the registered agent, officer or agent, of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

ADDRESS TO SERVE: 357 W DECATUR ST DECATUR, IL 62522

(D) OTHER:

COMMENTS: NOT FOUND BEFORE DUE DT ON 5 ATTEMPTS MADE

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| GRASON | ANTHONY | 23-EV-533 | SUMMONS | 18927 |

| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID |
|---|---|---|---|
| | | | |

| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED |
|---|---|---|---|
| | | | |

Sheriff of Macon Co.
Jim Root

RETURN PROCESSED BY
SUSAN LOVE # 6353
MACON COUNTY SHERIFF'S OFFICE

A

DATE OF ATTEMPT: _____ CIVIL PROCESS# _____
TO INSURE THE PROMPT SERVICE OF THESE PAPERS

NAME: _Anthony Ronco J._

PLEASE CONTACT US MON-FRI (8:30AM-4:30PM) AT 217-424-1324 OR 217-424-1494.

IF AFTER HOURS OR WEEKENDS CONTACT US AT 217-424-1320

PLEASE GIVE THIS MATTER YOUR IMMEDIATE ATTENTION.

THANK YOU.

_____

OFFICER/PROCESS SERVER
SHERIFF JAMES D. ROOT

B

R 19234

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

| | |
|---|---|
| NORMA FICK, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2023-EV-533 |
| | ) |
| ANTHONY J. GRASON, RONALD | ) |
| GRASON and UNKNOWN OCCUPANTS, | ) |
| Defendants. | ) |

**FILED**
**OCT 05 2023**
SHERRY A. DOTY
CIRCUIT CLERK

### NOTICE

TO: **ANTHONY J. GRASON, RONALD GRASON and UNKNOWN OCCUPANTS,** 357 W. Decatur St., Decatur, IL 62522.

YOU ARE HEREBY NOTIFIED that a **COMPLAINT FOR EVICTION** has been filed against you seeking a judgment for possession of the premises located at **357 W. Decatur St., Decatur, IL 62522**. A hearing on the foregoing COMPLAINT will be held at the Macon County Courthouse, 253 E. Wood St., Decatur, Illinois on October 20, 2023 at 9:30 a.m., Courtroom 2A, the Honorable Shane Mendenhall, or any other judge sitting in his stead. *If you fail to appear at that hearing, a judgment by default for immediate possession of the foregoing premises will be taken against you.*



WITNESS: 10/2/2023

SHERRY A. DOTY, Clerk of the Court
AFB
BY: _____
(DEPUTY)

Edward F. Flynn
ARDC No.: 06192240
Ross J. Munsterman
ARDC No.: 06324391
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP
101 S. State St., Suite 240
P. O. Box 1760
Decatur, IL 62525
Telephone: 217-429-4453
Fax: 217-425-8892
E-mail: eflynn@decatur.legal
rmunsterman@decatur.legal
blb



FILED
MACON COUNTY ILLINOIS
10/2/2023 9 25 AM

SHERRY A DOTY
CLERK OF THE CIRCUIT COURT

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### MACON COUNTY, ILLINOIS

| | |
|---|---|
| NORMA FICK, <br>       Plaintiff, <br><br> v. <br><br> ANTHONY J. GRASON, RONALD <br> GRASON and UNKNOWN OCCUPANTS, <br>       Defendants. | ) <br> ) <br> ) <br> ) No. 2023-EV-533 <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF ROSS MUNSTERMAN

I, ROSS MUNSTERMAN, being first duly sworn, do hereby state:

1. I am over the age of 18 years and am under no legal disability.

2. I have personal knowledge of the facts stated herein, including the numerous attempts that have been made to serve a Summons and copy of the instant Complaint for Eviction on Defendant, Anthony J. Grason, Ronald Grason and Unknown Occupants at their residence located at 357 W. Decatur St., Decatur, IL 62522 (hereinafter "Defendants' Premises").

3. One Summons has been issued in this cause; specifically, a Summons for a first appearance hearing set September 29, 2023.

4. As to the aforementioned Summons, the Sheriff of Macon County made numerous diligent attempts to personally serve the Defendant at the Defendant's Premises, all of which were unsuccessful.

5. I have conducted a thorough inquiry into the whereabouts of the Defendant for the purpose of assisting the process servers in locating the Defendant to personally serve them with a Summons and Complaint for Eviction; however, I have been unable to obtain any helpful information.

6.  Based on the foregoing, my personal observations, it appears that Defendant seldom at the Defendant's Premises and have concealed themselves so they cannot be found.

Further affiant sayeth not.

*Ross Munsterman*
ROSS MUNSTERMAN

Subscribed and sworn to before me this 2nd day of October 2023.

*Brandi Border*
Notary Public

OFFICIAL SEAL
BRANDI BORDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/05/2024

# SHERIFF'S FEES

MSO/339

Service and Return .................................................................................... $ $15.00     Mileage

$ $0.00

I certify that I served this summons on defendant as follows:         TOTAL $15.00

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**

By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**

By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**(C) CORPORATION DEFENDANTS:**

By leaving a copy, and a copy of the complaint, with the registered agent, officer or agent, of each defendant corporation, as follows:

BUSINESS TO SERVE

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| | | | | |

**ADDRESS TO SERVE**      **(D) OTHER:**           **COMMENTS:**
357 W DECATUR ST DECATUR, IL 62522                POSTED

| LAST NAME TO SERVE | FIRST NAME TO SERVE | CASE NUMBER | TYPE OF PAPER | SO NUMBER |
|---|---|---|---|---|
| GRASON | ANTHONY | 23-EV-533 | NOTICE | 19234 |

| DATE SERVED | TIME SERVED | SERVED BY | SERVED BY ID | |
|---|---|---|---|---|
| 10/3/2023 | 10:33 | HARRIS, JENNIFER | 3846 | |

| ADDRESS SERVED | CITY SERVED | STATE SERVED | RELATION SERVED | |
|---|---|---|---|---|
| 1 GARY K ANDERSON PLAZA CIVIC C | DECATUR | IL | | |

Sheriff of Macon Co.
Jim Root

RETURN PROCESSED BY
MARK PATRICK #5095
MACON CO. SHERIFF'S OFFICE