# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **NORMA FICK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case Number: 23-2224 |
| | ) |
| **RONALD J. GRASON and** | ) |
| **ANTHONY J. GRASON,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is remanded back to the Macon County Circuit Court.

**Dated: October 23, 2023**

> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court