

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK

October 23, 2023

Macon Co. Circuit Court
253 E. Wood Street
Decatur, IL 62523

Re:   Fick vs. Grason, et al.
      Case No. 23-2224

Dear Clerk of Court:

Enclosed is a docket sheet, Notice of Removal, Order, and Judgment for the above-referenced case reflecting remand back to your Court.

Please call our office in Urbana (217-373-5830), if you require anything further.

                              Sincerely,

                              s/T. Cronk
                              Supervisor U.S. District Clerk's Office

Enclosures